UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| *versus* | § | NO. 1:14-CR-83-MAC |
| | § | |
| | § | |
| SHANE DEWAYNE HADNOT | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the

Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for

consideration pursuant to applicable laws and orders of this court.  The court has received and

considered the Report of the United States Magistrate Judge filed pursuant to such order, along

with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson

recommended:

1.    finding the Defendant violated the third allegation in the petition that he failed to follow
      a standard condition of release;

2.    revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    sentencing the Defendant to a term of 5 months' imprisonment to be served at the
      Federal Correctional Institution in Beaumont, Texas, if the Bureau of Prisons can
      accommodate such request with two years of supervised release to follow.  The court
      adopts the magistrate judge's findings for the imposition of the special conditions of
      supervised release.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for

the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to

2

revocation of supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Shane Dewayne Hadnot's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 15th day of February, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE